UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERMÍN RAMOS SOBERANO,<br><br>Petitioner,<br><br>v.<br><br>ANDREA ARREYGUE GUILLEN,<br><br>Respondent. | CASE NO. C21-1084 RSM<br><br>ORDER |

This matter is before the Court following the previously scheduled in-court hearing. The hearing was attended by Petitioner, who listened remotely, counsel for Petitioner, Ms. Silva, and Respondent, who appeared pro se. Respondent was able to partially participate but indicated that her primary language is Spanish and that she is only recently learning English. Due to the language barrier, Respondent's participation was substantively limited. Further, Respondent indicated that she had only recently been served in this matter on November 3, 2021 and was not able to secure private counsel. The Court noted the complexity of cases such as these and the Court's need for adequate representation on both sides to arrive at an appropriate resolution. As a result, the Court concluded that the interests of justice would best be served by the appointment of counsel and a brief continuance of this matter for further proceedings on the merits.

ORDER – 1

Accordingly, and for the reasons stated on the record and in this Order, the Court finds and ORDERS that:

1. This matter is CONTINUED for further proceedings on December 17, 2021, at 11:00 am.
2. The Court's Pro Bono Coordinator is DIRCTED to identify counsel from the Pro Bono Panel to represent Respondent in these proceedings.  The Pro Bono Coordinator is requested to act expeditiously given the complexity of this matter and the evidentiary hearing scheduled for December 17, 2021 at 11:00 am.  Once identified, this Court shall appoint the selected attorney to represent the Respondent.

DATED this 18th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE