UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERMÍN RAMOS SOBERANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDREA ARREYGUE GUILLEN,<br><br>　　　　　Respondent. | CASE NO. C21-1084 RSM<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints the following attorneys as counsel for Respondent pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions and the Court's Rules Governing Pro Bono Panel (the "Rules"):

    Jessica A. Skelton
    Pacifica Law Group LLP
    1191 2nd Avenue, Suite 2000
    Seattle, WA 98101-3404
    (206) 245-1700
    jessica.skelton@pacificalawgroup.com

    Justin McCarthy
    Pacifica Law Group LLP
    1191 2nd Avenue, Suite 2000
    Seattle, WA 98101-3404
    (206) 602-1232
    justin.mccarthy@pacificalawgroup.com

ORDER – 1

Counsel and Respondent may agree to a limited scope of representation as may be appropriate. Counsel is requested to file a notice of appearance, delineating any limitations on the scope of representation, as soon as reasonably possible and is directed to file the notice no later than seven (7) days from the date of this Order. If counsel is unable, for a reason set forth in the Rules, to assume this representation, a motion for relief from appointment should immediately be filed.

In the event Respondent prevails, appointed counsel may move for an award of attorneys' fees under any applicable authority. However, the Court is unable to assure counsel of compensation from any other source.

The Clerk is directed to <u>email</u> a copy of this Order, in addition to the notices otherwise generated, to the attorneys appointed herein (jessica.skelton@pacificalawgroup.com and justin.mccarthy@pacificalawgroup.com) and to Respondent Andrea Arreygue Guillen at three email addresses believed to be associated with her (arreygueguillena631@edmonds.wednet.edu; arreygueandrea@hotmail.com; and fyavicmin@outlook.com).

DATED this 15th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2