UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERMÍN RAMOS SOBERANO,<br><br>   Petitioner,<br><br>   v.<br><br>ANDREA ARREYGUE GUILLEN,<br><br>   Respondent. | CASE NO. C21-1084 RSM<br><br>ORDER SETTING HEARING AND TO SHOW CAUSE |

This matter is before the Court following Respondent's notice regarding events believed to have been taken before the First Family Orality Court of the Morelia Judicial District (the "Family Court") in Michoacán, Mexico. Dkts. ##81–82. Respondent's counsel believes that the parties have presented the Family Court with their agreement that the children may continue to reside in Lynnwood, Washington.[1] Dkt. #81. Such an agreement would appear to substantially, if not fully, resolve this matter. Nevertheless, Petitioner's counsel has continued to press the Court for a ruling on the Petition and Respondent remains restrained, perhaps unnecessarily, by the Court's preliminary injunction.

---

[1] The Court is awaiting a translated copy of the Family Court document that Respondent has indicated will be filed and that the Court expects will be available by the hearing set herein.

ORDER – 1

Accordingly, the parties are ORDERED to appear—through counsel[2]—on Thursday, February 24, 2022 at 11:00 a.m. to (1) inform the Court on the status of this matter, (2) to show cause why this matter should not be dismissed and the preliminary injunction dissolved, and (3) to discuss issues remaining for resolution. The Court will consider altering the date and time of the hearing should counsel have irreconcilable conflicts. The Court will exercise its discretion on whether to take further action in this matter in advance of the hearing, but the Court is unlikely to do so.

Dated this 18th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] Petitioner and Respondent need not attend or participate and the Court will not accommodate the need for translators.

ORDER – 2