UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FERMIN RAMOS SOBERANO,

    Petitioner,

    v.

ANDREA ARREYGUE GUILLEN,

    Respondent.

CASE NO. C21-1084RSM

ORDER RETURNING TRAVEL-RELATED DOCUMENTS

On January 11, 2022, the Respondent delivered passports and identification documents to the Court (Dkt #61, dated 1/13/22), as previously ordered. The Court finds that it is no longer necessary to continue to hold these documents, and IT IS HEREBY ORDERED that all travel documents be returned to the Respondent.

Dated this 24th day of February 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE